UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1593(DSD/JMM)

Paul Stanton, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

County of Hennepin,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law defendant's motion to dismiss which has been filed in this matter. Any such motion shall be heard before Magistrate Judge John M. Mason.

Dated: September 28, 2000

David S. Doty, Judge
United States District Court

SEP 28 2000
FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______