**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**Paul Stanton and Tonya Mouw,**

***Plaintiffs,***

**STIPULATION REGARDING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**vs.**

**County of Hennepin, Minnesota,**

***Defendant***

**Case No. 00-1593 DSD/JMM**

---

**STIPULATION**

The undersigned counsel for the parties hereby stipulate that the District Court is not required by 28 U.S.C. §636 to review a transcript of the hearing conducted November 17, 2000 in order to resolve all objections to the Magistrate Judge's Report and Recommendation dated December 29, 2000. The parties also stipulate that the time for serving and filing objections to the Report and Recommendation is extended to January 19, 2001.

Dated: Jan 17, 2001

Lawrence R. Altman (Atty Reg. 135720)
1600 Foshay Tower
821 Marquette Avenue
Minneapolis, MN 55402
(612) 904-1479
Attorney for Plaintiffs

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AMY KLOBUCHAR
Hennepin County Attorney

Dated: 1-12-01

By: [signature]
Martin D. Munic (16043x)
Assistant County Attorney
2000A Government Center
Minneapolis, MN 55487
(612) 348-5334
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated 1/12/01

By the Court, [signature]

The Honorable David S. Doty,
United States District Court Judge