UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Paul Stanton and Tonya Mouw,

Plaintiffs,

vs.

County of Hennepin, Minnesota,

Defendant.

**Civil No. 00-1593 DSD/JMM**

**STIPULATION OF DISMISSAL & ORDER OF DISMISSAL**

The parties, through their respective counsel of record, hereby STIPULATE and agree that pursuant to their settlement agreement, Plaintiffs dismiss with prejudice, and without award of attorney's fees, expenses or costs to any party, Count I of Plaintiffs' Complaint.

LAWRENCE ALTMAN LAW OFFICE

By: ______________________
Lawrence R. Altman (#135720)
Attorney for Plaintiffs
Foshay Tower, Suite 1600
821 Marquette Avenue
Minneapolis, Minnesota 55402-2919
Telephone: (612) 904-1479
Fax. No. (612) 335-3701

Dated: November 13, 2001

AMY KLOBUCHAR
Hennepin County Attorney

By: ______________________
MARTIN D. MUNIC (16043x)
Assistant County Attorney
Attorneys for County of Hennepin
2000A Government Center
Minneapolis, Minnesota 55487
Telephone: (612) 348-5334
Fax No: (612) 348-8299

Dated: November 13, 2001

FILED 11-28-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 11-28-01
DEPUTY CLERK ______

**ORDER OF DISMISSAL**

By Order dated and filed March 19, 2001 the Court dismissed with prejudice Count II of Plaintiffs' Complaint.

By stipulation of the parties, Plaintiffs agreed to dismiss with prejudice Count I of their Complaint. Accordingly, **IT IS HEREBY ORDERED** that:

1. Count I of Plaintiffs' Complaint is dismissed with prejudice.
2. This entire case is now dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 28, 2001

Honorable David S. Doty
Judge of United States District Court